Submitted on record and briefs August 30, reversed and remanded
October 23, 1996

## DENZIL LEE ROWAN,
*Appellant,*

*v.*

## Nicholas ARMENAKIS,
Superintendent,
Oregon State Correctional Institution;
Oregon Department of Corrections;
Oregon Board of Parole & Post-Prison Supervision,
*Respondents.*

(96-C-10699; CA A92584)

925 P2d 167

Denzil L. Rowan filed the brief *pro se* for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Mary H. Williams, Assistant Attorney General, filed the brief for respondents.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.